NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEE MONBO,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1495

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-01658-CNL, Judge Carolyn N. Lerner.

---

**ON MOTION**

---

Before LOURIE, MAYER, and DYK, *Circuit Judges*.

PER CURIAM.

### O R D E R

Dee Monbo seeks to appeal from the United States Court of Federal Claims's denial of her motions to stay the case and for additional time to respond to the United States's motion to dismiss the complaint.  On March 14, 2025, this court directed the parties to address this court's jurisdiction.  Ms. Monbo has not filed a response.  The

United States moves for a second and third extension of time to file its response.

In general, this court only has jurisdiction to review a "final decision" of the Court of Federal Claims, 28 U.S.C. § 1295(a)(3), which is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment," *Catlin v. United States*, 324 U.S. 229, 233 (1945). Here, the trial court's denial of a motion to stay or for an extension of time is plainly not such a final decision. Because we lack jurisdiction, we dismiss the appeal and deny the government's motion as unnecessary.

Accordingly

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 19, 2025
Date